```
Label Matrix for local noticing          4                                        Affirm, Inc.
0541-4                                   United States Bankruptcy Court           Attn: Bankruptcy
Case 24-35085                            PO Box 61010                             650 California St , Fl 12
Southern District of Texas               Houston, TX 77208-1010                   San Francisco, CA 94108-2716
Houston
Wed Nov  6 15:30:31 CST 2024

American Express                         (p)ASCENDIUM EDUCATION SOLUTIONS INC     Avant LLC
PO Box 3001                              38 BUTTONWOOD COURT                      Attn: Bankruptcy Attn: Bankruptcy
Malvern, PA 19355-0701                   MADISON WI 53718-2156                    222 W Mechandise Mart Plaza , Ste 900
                                                                                  Chicago, IL 60654-1105


Bank of America                          Barclays Bank Delaware                   (p)CAINE & WEINER COMPANY
PO Box 660441                            Attn: Bankruptcy 125 South West St       12005 FORD ROAD 300
Dallas, TX 75266-0441                    Wilmington, DE 19801-5014                DALLAS TX 75234-7262


Capital One N.A.                         Cavalry SPV I, LLC                       (p)JPMORGAN CHASE BANK  N A
by AIS InfoSource LP as agent            PO Box 4252                              BANKRUPTCY MAIL INTAKE TEAM
PO Box 71083                             Greenwich, CT 06831-0405                 700 KANSAS LANE FLOOR 01
Charlotte, NC 28272-1083                                                          MONROE LA 71203-4774


Conn's HomePlus                          Cornerstone                              Credit One Bank
2445 Technology Forest Boulevard Buildin Pob 60610                                PO Box 98873
The Woodlands, TX 77381-5263             Harrisburg, PA 17106-0610                Las Vegas, NV 89193-8873


Debt Recovery Solution                   Department of Treasury                   Discover Financial
Attn: Bankruptcy Attn: Bankruptcy        PO Box 7317                              Attn: Bankruptcy
6800 Jericho Turnpike ,  Ste 113E        Philadelphia, PA 19101-7317              PO Box 3025
Syosset, NY 11791-4401                                                            New Albany, OH 43054-3025


(p)EASYPAY FINANCE                       Fingerhut                                First Investors Financial Dept
PO BOX 2549                              Attn: Bankruptcy 6250 Ridgewood Road     c/o Peritus Portfolio Services II LLC
CARLSBAD CA 92018-2549                   Saint Cloud, MN 56303-0820               PO Box 141419
                                                                                  Irving, TX 75014-1419


First Service Credit Union               Flagship Credit Acceptance               Harris County LGBS Clients
Attn: Bankruptcy 16430 Park Ten Place    Attn: Bankruptcy                         c/o John P. Dillman
Houston, TX 77084-8400                   PO Box 965                               Linebarger Goggan Blair & Sampson LLP
                                         Chadds Ford, PA 19317-0643               PO Box 3064
                                                                                  Houston, TX 77253-3064


Harris County Municipal Utility District ï¿½    INTERNAL REVENUE SERVICE          (p)NATIONAL CREDIT SYSTEMS
13333 Northwest Fwy Ste 620              P O Box 7346                             ATTN BANKRUPTCY
Houston, TX 77040-6220                   Philadelphia PA 19101-7346               PO BOX 672288
                                                                                  MARIETTA GA 30006-0039


Navient                                  Navient                                  NetCredit
Attn:  Bankruptcy                        Attn: Bankruptcy                         175 W Jackson Blvd Suite 600
PO Box 9635                              PO Box 9500                              Chicago, IL 60604-2948
Wilkes Barre, PA 18773-9635              Wilkes-Barre, PA 18773-9500
```

| | | |
|---|---|---|
| Nordstrom FSB<br>ATTN: Bankruptcy<br>PO Box 6555<br>Englewood, CO 80155-6555 | Northpointe Water Control and Improvement Di<br>1333 Northwest Fwy Ste 620<br>Houston, TX 77055 | Personify Financial<br>Attn: Bankruptcy Department<br>PO Box 208417<br>Dallas, TX 75320-8417 |
| Santander Consumer USA Inc<br>P.O. Box 560284<br>Dallas, TX 75356-0284 | Santander Consumer USA, Inc<br>Attn: Bankruptcy<br>PO Box 961245<br>Fort Worth, TX 76161-0244 | Sofi Lending Corp/MOHELA<br>Attn: Bankruptcy<br>PO Box 1022<br>Chesterfield, MO 63006-1022 |
| Sunbit Financial<br>Attn: Bankruptcy 10880 Wilshire Blv Suit<br>Los Angeles, CA 90024-4101 | (p)SUNBIT INC<br>ATTN LEGAL AND COMPLIANCE<br>PO BOX 24010<br>LOS ANGELES CA 90024-0010 | Syncb/care<br>Po Box 71757<br>Philadelphia, PA 19176-1757 |
| Syncb/ccdstr<br>Attn: Bankruptcy<br>PO Box 965060<br>Orlando, FL 32896-5060 | Synchrony Bank<br>Attn: Bankruptcy<br>PO Box 965060<br>Orlando, FL 32896-5060 | Synchrony Bank/TJX<br>Attn: Bankruptcy<br>PO Box 965060<br>Orlando, FL 32896-5060 |
| Synchrony/PayPal Credit<br>Attn: Bankruptcy<br>PO Box 965060<br>Orlando, FL 32896-5060 | Tomball Independent School District<br>PO Box 276<br>Tomball, TX 77377-0276 | Truist Bank<br>PO Box 27767<br>Richmond, VA 23261-7767 |
| Truist Bank<br>Po Box 849<br>Wilson, NC 27894-0849 | US Bank/RMS<br>Attn: Bankruptcy<br>PO Box 5229<br>Cincinnati, OH 45201-5229 | (p)HUD OGC REGION VI<br>307 W SEVENTH ST SUITE 1000<br>FT WORTH TX 76102-5108 |
| US Trustee<br>Office of the US Trustee<br>515 Rusk Ave<br>Ste 3516<br>Houston, TX 77002-2604 | Upstart<br>Attn: Bankruptcy<br>PO Box 1503<br>San Carlos, CA 94070-7503 | Alan D Borden<br>Resolve Law Group<br>801 Travis St Ste 2101<br>Houston, TX 77002-5730 |
| Beckie Beverly Genus<br>19518 Dakota Springs Dr<br>Tomball, TX 77377-2823 | Gerald D Hughes<br>19518 Dakota Springs Dr<br>Tomball, TX 77377-2823 | Tiffany D Castro<br>1220 Augusta Drive<br>Ste 500<br>Houston, TX 77057-2263 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Ascendium Education Solutions, Inc<br>PO Box 8961<br>Madison, WI 53708 | Caine & Weiner<br>Attn: Bankruptcy<br>5805 Sepulveda Blvd 4th Floor<br>Van Nuys, CA 91411 | Chase Card Services<br>Attn: Bankruptcy<br>P.O. 15298<br>Wilmington, DE 19850 |

| | | |
|---|---|---|
| Easy Pay/Duvera Collections<br>Attn: Bankruptcy<br>PO Box 2549<br>Carlsbad, CA 92018-2549 | National Credit Systems, Inc.<br>Attn: Bankruptcy<br>P.O. Box 672288<br>Atlanta, GA 30006 | Sunbit, Inc<br>Attn: Bankruptcy 10940 Wilshire Blvd<br>Los Angeles, CA 90024 |
| US Department of Housing and Urban Developme<br>307 W. 7th St Suite 1000<br>Fort Worth, TX 76102 | End of Label Matrix<br>Mailable recipients    53<br>Bypassed recipients     0<br>Total                  53 | |