IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § § § § § § | CASE NO. 24-51230 |
| Hughes, Gerald D and Genus, | | CHAPTER 13 |
| Beckie Beverly | | |
| DEBTOR(S) | | |

### ORDER GRANTING DEBTOR(S)' MOTION FOR EXTENSION OF AUTOMATIC STAY PURSUANT TO 11 U.S.C. § 362(c)(3)

On this Date, the Court considered the *Debtor's Motion for Extension of Automatic Stay pursuant to 11 U.S.C. § 362(c)(3)* (the "Motion"). The Court finds that proper notice has been given to all parties in interest and good cause exists to grant the Motion.

IT IS THEREFORE ORDERED that the Motion hereby is granted, and the automatic stay under 11 U.S.C. 362 hereby is extended and shall remain in full force and effect as to all creditors until discharge, dismissal, or entry of an order granting relief from the stay.