United States Bankruptcy Court
Southern District of Texas
**ENTERED**
November 08, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE: § | |
| § | CASE NO: 24-35085 |
| GERALD D HUGHES § | |
| and § | |
| BECKIE BEVERLY GENUS, § | |
| § | |
| Debtors. § | |
| § | |
| § | CHAPTER 13 |

ORDER
SETTING ELECTRONIC HEARING ON
MOTION FOR CONTINUATION OF THE AUTOMATIC STAY

1. The Court will conduct an electronic evidentiary hearing on Debtor'(s) motion to extend the automatic stay, ECF No. 13, on **November 18, 2024, at 10:30 a.m.,** before the United States Bankruptcy Court, Houston Division (Central Standard Time).

2. To participate electronically, parties must follow the instructions set forth on Judge Rodriguez's web page located at: https://www.txs.uscourts.gov/content/united-states-bankruptcy-judge-eduardo-v-rodriguez. Parties are additionally instructed to: (i) call in utilizing the dial-in-number for hearings before Judge Rodriguez at **832-917-1510,** conference room number 999276 **and** (ii) log on to GoToMeeting for video appearances and witness testimony, utilizing conference code: judgerodriguez. **Parties MUST HAVE TWO SEPARATE DEVICES to appear by video and telephonically. One device will be used to log on to GoToMeeting and the other will be used to call the telephonic conference line.**

3. No later than November 12, 2024, Debtor(s) must provide notice of the hearing and a copy of the motion to all creditors against whom the Debtor(s) seek to extend the automatic stay and file a certificate of service with the Court.

4. Objections to the motion for an extension must be filed within fifteen (15) days of service of the notice of hearing. If the hearing occurs prior to the expiration of the fifteen (15) day period, objections may be made orally at the hearing.

5. Local Rule 1007-1(d) ("Wage Order Rule") requires debtors who are wage and salary employees to submit a wage order with their proposed plan. Debtors who are not wage and salary employees must submit electronic funds transfer form to the trustee. At the scheduled hearing, the debtor will be required to prove compliance with the Wage Order Rule. If the debtor has not complied with the Wage Order Rule, the stay may not be continued.

SIGNED November 8, 2024

_____
Eduardo V. Rodriguez
Chief United States Bankruptcy Judge