United States Bankruptcy Court
Southern District of Texas
**ENTERED**
November 12, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE: § | |
| § | CASE NO: 24-35085 |
| GERALD D HUGHES § | |
| and § | |
| BECKIE BEVERLY GENUS, § | |
| § | |
| Debtors. § | |
| § | |
| § | CHAPTER 13 |

## ORDER
## STRIKING PLEADINGS
*Resolving ECF No. 11 and 12*

Debtors filed proposed wage orders at ECF No. 11 and 12. Debtors' monthly net income on Schedule J filed at ECF No. 1 is insufficient to cover the combined amounts reflected in such proposed wage orders. Further, the proposed wage orders fail to properly reference the correct case number in the Trustee's payment address box. It is therefore:

**ORDERED:** that ECF No. 11 and 12 are **STRUCK**.

SIGNED November 12, 2024

_____
Eduardo V. Rodriguez
Chief United States Bankruptcy Judge