**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | No.24-35085 |
| Hughes, Gerald D and | § | |
| Genus, Beckie Beverly | § | Chapter 13 |
| | § | |

**DEBTORS**

**WAGE DEDUCTION ORDER**

| Employer | Chapter 13 Trustee<br>(Payments must be sent to this address) |
|---|---|
| Lyondell Chemical Company<br>ATTN: Payroll/Garnishment Dept<br>1221 McKinney St Ste 300<br>Houston, TX 77010 | Tiffany D Castro<br>Chapter 13 Trustee<br>P.O. Box 740<br>Memphis, TN 38101 Case#.24-35085 |

The Court orders:

1. Employer must deduct the following amounts from wages payable to Hughes, Gerald D, SSN: XXX-XX-4036 and send the deducted funds to the Chapter 13 Trustee:

| Monthly | Semi-monthly | Bi-Weekly | Weekly |
|---|---|---|---|
| $3,379.00 | $1,690.00 | $1,560.00 | $781.00 |

2. The first deduction must occur no later than the first payday following 7 days after the Employer receives this order.  Deducted amounts must be submitted to the Chapter 13 Trustee within 7 days of the date of the deduction. **The Employer must not charge or require a fee or other cost for compliance with this Order.**

3. The Chapter 13 Trustee must submit a copy of this Wage Deduction Order to the Employer within 7 days of entry.

4. The Chapter 13 Trustee may amend the amount of the payments that are due under this Wage Deduction Order by sending a Notice of Wage Order Adjustment to Employer.  The Employer must comply with any Notice of Wage Order Adjustment received by the Employer from the Chapter 13 Trustee.

**5. This Order is NOT subject to any limitation under state or federal law regarding wage garnishments.**

6. This Order remains effective until terminated by Order of this Court.