United States Bankruptcy Court
Southern District of Texas
**ENTERED**
November 25, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE: § | |
| § | CASE NO: 24-35085 |
| GERALD D HUGHES § | |
| and § | |
| BECKIE BEVERLY GENUS, § | |
| § | |
| Debtors. § | |
| § | |
| § | CHAPTER 13 |

## ORDER
## CONTINUING THE STAY WITH CONDITIONS

This order is issued pursuant to 11 U.S.C. §362(c)(3). For the reasons set forth on the record on this date, the automatic stay is continued as to all creditors with notice of the Debtor's motion. This extension is conditioned on compliance with the following:

1. Not later than **Monday, December 9, 2024** Debtor(s) must:
    a. Amend:
        i. Paragraph 4 to provide at least a $50 a month in savings fund;
        ii. Paragraph 8A to provide for the on-going monthly mortgage payments
        iii. Paragraph 8A to relocate ad-valorem tax claims to 8B and fill in the amount of the claims.
        iv. Per Paragraph 8E provide notice of the Lien Strip
        v. Schedule J to provide for at least a $50 a month in savings fund;
        vi. Paragraph 9A to provide the proper interest rates
        vii. Amended Wage orders and EFT Orders
        viii. Schedule J to remove vehicle payments.
        ix. Amend the 122C-2 Form to correct multiple errors in the Vehicle Ownership Expense section and Paragraph 33 Real Property Section and the remainder of the form
2. If any proof of claim is filed that results in less than a 100% payment to holders of general unsecured claims, the Debtor(s) shall, within 14 days of the later of the claims bar date or the date such proof of claim is filed, (i) modify the plan to provide for a 100% payment to holders of general unsecured claims; or (ii) file an objection to any proof of claim that the Debtor(s) believes is improper under 11 U.S.C. § 502 or other applicable law. If the resolution of any such objection results in less than a 100% percent payment to holders of general unsecured claims, the Debtor(s) shall, within 14 days of such resolution, modify the plan to provide for (i) a 100% payment to holders of allowed general unsecured claims; or (ii) the payment of all of the debtor's projected disposable income during the remaining plan term to be paid to the chapter 13 trustee. Notwithstanding the foregoing, the amount paid to holders of allowed general unsecured claims shall not be less than the lesser of (i)

the value of the Debtor(s)' non-exempt property at the petition date; and (ii) the amount of the allowed unsecured claims.

3. Attend the Chapter 13 First Meeting of Creditors **Wednesday, December 11, 2024**.
4. Submit a full chapter 13 plan payment on or before **Friday, November 29, 2024;**
5. Notice of compliance must be filed with the court no later than five calendar days after the conclusion of the First Meeting of Creditors**.**

SIGNED November 25, 2024

_____
Eduardo V. Rodriguez
Chief United States Bankruptcy Judge