United States Bankruptcy Court
Southern District of Texas
**ENTERED**
December 23, 2024
Nathan Ochsner, Clerk

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| IN RE: § | |
| § | CASE NO: 24-35085 |
| GERALD D HUGHES § | |
| and § | |
| BECKIE BEVERLY GENUS, § | |
| § | |
| Debtors. § | |
| § | |
| § | CHAPTER 13 |

**ORDER
STRIKING PROPOSED WAGE ORDERS**
*Resolving ECF No. 40 and 41*

Debtors filed proposed Wage Orders at ECF No. 40 and 41. The combined amounts reflected in such proposed wage orders do not coincide with the Debtors' Chapter 13 plan payment filed at ECF No. 37. It is therefore:

**ORDERED:** that ECF No. 40 and 41 are STRUCK.

SIGNED December 23, 2024

Eduardo V. Rodriguez
Chief United States Bankruptcy Judge